ABC PROCESS SERVICE INC.
Attorney:
LEWIS & HAND, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN PROKESCH D/B/A METROPOLITAN EVENTS           (PLAINTIFF)

against

DENISE RESTAURI & GURL2GURL PRODUCTIONS           (DEFENDANT)

Index No    10 CV 722

Date Filed    / /
Office No  LH01DENISERES

**STATE OF NEW YORK, COUNTY OF NEW YORK**           SS:

GEORGE P. RUSH      being duly sworn deposes and says:

I am over 18 years of age, not a party to this action and reside in the State of New York:

That on the   2   day of February   2010 at   4:09 PM , at

101 WEST 55TH STREET, APT 15K; NEW YORK, NY 10019

I SERVED the   SUMMONS & COMPLAINT WITH EXHIBITS           upon

DENISE RESTAURI

the defendant herein named by delivering to and leaving a true copy of said

SUMMONS & COMPLAINT WITH EXHIBITS  with   DENISE RESTAURI

said defendant personally.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex  FEMALE   Color  WHITE   Hair  BROWN   app.age  46 YRS   app.ht  5'    app.wt  120 LBS

That at the time of such service I knew the person so served as aforesaid to be the same person
mentioned and described in the said SUMMONS & COMPLAINT WITH EXHIBITS as the defendant in this action.

That at the time of service aforesaid, I asked person so served or person spoken to whether the
defendant herein was in the military service of the State of N.Y. or the United States and received
a negative reply.  Upon information and belief based upon the conversation and observation as
aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the
United States as that term is defined in the statutes of the State of N.Y. or the Federal Soldiers
and Sailors Civil Relief Act.

SWORN to before me this   3

day of   February   2010

GEORGE P. RUSH
License No.: 0791734           :bb

JOSHUA A. NAVARRETTE
Notary Public, State of New York
No. 01NA6195079
Qualified in New York County
Commission Expires Sep. 8, 2012

LH01DENISERES