UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN PROKESCH d/b/a METROPOLITAN EVENTS

Plaintiff,

- against -

DENISE RESTAURI and GURL2GURL
PRODUCTIONS, INC.           Defendant.

10 cv 722 AKH

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Stephen Kline, Esquire a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Vincent J. Restauri, Jr.
Firm Name:          Vincent Restauri Law Offices
Address:            85 Firethorn Road
City/State/Zip:     Baden, Pennsylvania 15005
Phone Number:       412.427.5914
Fax Number:         412.291.1123

Vincent J. Restauri, Jr. is a member in good standing of the Bar of the States of

Pennsylvania

There are no pending disciplinary proceeding against
in any State or Federal court.

Dated:        February 25, 2010
City, State:  New York, NY

Respectfully submitted,

Stephen Kline

Sponsor's
SDNY Bar     Stephen Kline, Esq. SK3395
Firm Name:   Stephen Kline, Esq., P.C.
Address:     7618 6th Avenue
City/State/Zip: Brooklyn, NY 11209
Phone Number: 917.723.5044
Fax Number:  917.591.5652

SAMMY SPYRIDOULIAS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
NO. 01SP6188798
MY COMMISSION EXPIRES 06-16-2012

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kathleen Prokesch d/b/a Metropolitan Events
                                        Plaintiff,

-v-                                                Case No. 10 CV 722

Denise Restauri and Gurl2Gurl Productions, Inc.
                                        Defendant.

### AFFIDAVIT OF STEPHEN KLINE, ESQUIRE
### IN SUPPORT OF MOTION
### TO ADMIT COUNSEL PRO HAC VICE

Stephen Kline , being duly sworn, hereby deposes and says as follows:

I am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Vincent J. Restauri, Jr. as counsel pro hac vice to represent Defendants in this matter.

I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

Denise Restauri, the Defendant, was a client of a company for whom I served as Counsel, and I have known her for more than a year. Vincent J. Restauri, Jr. is Denise's brother and I was introduced to him recently in response to this litigation. I have spoken with Vincent Restauri, about this litigation matter and his lengthy career and I have satisfied myself that:

He is a graduate of Yale University (1971), and Duquesne University Law School in Pittsburgh, Pennsylvania (1977). Upon graduation from law school, he served as judicial law clerk to the Honorable Herbert P. Sorg, Chief Judge, United States District Court for the Western District of Pennyslvania.. Mr. Restauri was admitted to the Bar of the Supreme Court of Pennsylvania in 1977 and to the Bar of the United States District Court for the Western District of Pennsylvania in 1978. In the mid-1980's he served as primary counsel to the two Standing Chapter 13 Trustees in the United States Bankruptcy Court for the Western District of Pennsylvania and appeared weekly in the Court to present and argue motions. He has practiced law full-time, exclusively, and continuously, for over thirty years, mostly as a sole practitioner, in both State and Federal

1

courts. He has never been the subject of any disciplinary proceeding by any court or board. He has served as lead trial counsel in a wide-variety of cases in the State and Federal courts. Lanham Act questions are the basis for Federal jurisdiction in the Complaint filed in this case, and Mr. Restauri has served as lead trial counsel in several Lanham Act cases within the last five years. In one of them, he appeared, *pro hac vice,* in the United States District Court for the District of New Jersey. Mr. Restauri has also appeared as lead trial counsel, *pro hac vice*, in the United States District Court for the District of Colorado. Mr. Restauri has never been an employee, officer, director, or shareholder in Defendant Gurl2Gurl Productions, Inc. His involvement in Gur2Gurl has been limited to advising the corporation on legal matters.

I have found Mr. Restauri to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

Accordingly, I am pleased to move the admission of Vincent J. Restauri, Jr., pro hac vice.

I respectfully submit a proposed order granting the admission of Vincent J. Restauri, Jr. pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Vincent J. Restauri, Jr., pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: 2/25/2010

City, State: Notarized:


Respectfully submitted,

Stephen Kline
SK3395
Stephen Kline, Esq., P.C.
7618 6th Avenue
Brooklyn, NY 11209
917.723.5044 P
917.591.5652 F

SAMMY SPYRIDOULIAS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
NO. 01SP6188798
MY COMMISSION EXPIRES 06-16-2012

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Vincent James Restauri, Jr., Esq.

DATE OF ADMISSION

**October 18, 1977**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  February 23, 2010**



*Patricia A. Nicola*
Patricia A. Nicola
Chief Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHLEEN PROKESCH d/b/a
METROPOLITAN EVENTS

Plaintiff,

- against -

DENISE RESTAURI and GURL2GURL
PRODUCTIONS, INC.

10 CV 722 ( )

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of STEPHEN KLINE attorney for DENISE RESTAURI and GURL2GURL PRODUCTIONS, INC., DEFENDANTS
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vincent J. Restauri, Jr. |
| Firm Name: | Vincent Restauri Law Offices |
| Address: | 85 Firethorn Road |
| City/State/Zip: | Baden, Pennsylvania 15005 |
| Telephone/Fax: | T: 412.427.5914/ F: 412.291.1123 |
| Email Address: | vince.restauri @ gmail.com |

is admitted to practice pro hac vice as counsel for DENISE RESTAURI & GURL2GURL PROD. INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                Plaintiff,

Kathleen Prokesch d/b/a Metropolitan Events

-v-

Denise Restauri and Gurl2Gurl Productions, Inc.
                                               Defendant.

Case No. 10 CV 722

## PROOF OF SERVICE

I, Vincent J. Restauri, Jr., hereby certify that on _February 25_, 2010 I served true and correct copies of the foregoing documents:

Motion of Stephen Kline, Esquire to Admit Vincent J. Restauri, Jr., Pro Hac Vice,
Affidavit of Stephen Kline, Esquire, in support of said Motion,
Certificate of Good Standing from the Supreme Court of Pennsylvania, and
Proposed Order of Court granting said Motion, as follows:

BY EMAIL and BY FIRST-CLASS US MAIL, postage-prepaid, addressed as follows:

Jeremiah F. Manning, Esquire
Manning, Esq. Law Offices
49 Oldox Road
Delmar, NY 12054

_[signature]_

Vincent J. Restauri, Jr., Esquire
85 Firethorn Road
Baden, PA 15005
T: 412.427.5914
F: 412.291.1123
vince.restauri @ gmail.com
February 25, 2010

1