SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN PROKESCH d/b/a
METROPOLITAN EVENTS

Plaintiff,

10  cv  722  (   )

- against -

DENISE RESTAURI and GURL2GURL
PRODUCTIONS, INC.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of STEPHEN KLINE attorney for DENISE RESTAURI and GURL2GURL PRODUCTIONS, INC., DEFENDANTS

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vincent J. Restauri, Jr. |
| Firm Name: | Vincent Restauri Law Offices |
| Address: | 85 Firethorn Road |
| City/State/Zip: | Baden, Pennsylvania 15005 |
| Telephone/Fax: | T: 412.427.5914 / F: 412.291.1123 |
| Email Address: | vince.restauri @ gmail.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/10

is admitted to practice pro hac vice as counsel for DENISE RESTAURI & GURL2GURL PROD. INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/12/10
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006